UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PASTOR PAUL DOYLE, CLAY CLARK, <br><br> Plaintiffs, <br><br> vs. <br><br> ATTORNEY GENERAL LETITIA JAMES, in her individual and official capacity, <br><br> Defendant. | **NOTICE OF APPEAL** <br><br> Case No. 23-cv-00071-JLS-HKS |

**PLEASE TAKE NOTICE** that Defendant Letitia James, Attorney General of the State of New York, hereby appeals to the United States Court of Appeals for the Second Circuit from the Decision and Order entered in this matter on May 13, 2024 (ECF No. 25), which accepted and adopted the Report, Recommendation, and Order of the Hon Kenneth Schroeder, Jr., filed March 20, 2024 (ECF No. 20). This appeal was taken from each and every part of the May 13, 2024 Decision and Order that denied Defendant James' motion to dismiss, including the parts of the Decision and Order that denied Defendant James qualified immunity on the federal claims and absolute or qualified privilege on the defamation claims.

DATED: Buffalo, New York
June 10, 2024

LETITIA JAMES
Attorney General of the State of New York
Attorney for Defendant

BY: */s/ Daniel R. Maguire*
DANIEL R. MAGUIRE
STEPHANIE CALHOUN
Assistant Attorney General, of Counsel
350 Main Street
Main Place Tower, Suite 300A
Buffalo, New York 14202
(716) 853-8419
daniel.maguire@ag.ny.gov